No. 88–440.   NEWSOME v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–442.   RIVERA-RAMIREZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–5017.   JENKINS v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 88–5040.   LENA v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 88–5044.   LEVASSEUR ET AL. v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 88–5048.   BALAWAJDER v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 88–5053.   SPENCER v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT.   C. A. 7th Cir.   Certiorari denied.

No. 88–5055.   ALEXANDER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5057.   PAREZ v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 88–5064.   FAIRCHILDE v. ERICKSON, AKA SCHULLER, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 88–5073.   GALLO v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5078.   DOE, A MINOR v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 88–5115.   MIXON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–5127.   AQEEL v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO.   C. A. 6th Cir.   Certiorari denied.

No. 88–5128.   LEWIS ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.